UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

RESER'S FINE FOODS, INC.,

       Plaintiff,

v.

H.C. SCHMIEDING PRODUCE CO., LLC, *et al.*,

       Defendants.

Case No. 5:16-cv-4150-SAC-KGS

## DECLARATION OF GREGORY BROWN
## IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
## FOR THIRD-PARTY DEFENDANTS
## MARK A. RESER, PATRICIA J. RESER AND PAUL A. LEAVY

**GREGORY BROWN**, declares under penalty of perjury as follows:

1.    I am an attorney with the firm of McCarron & Diess, co-counsel for defendant/third-party plaintiff H.C. Schmieding Produce Co., LLC ("Schmieding") in the above-captioned action, am fully familiar with the facts and circumstances set forth herein, and have personal knowledge thereof. I submit this declaration in opposition to the Motion (Docket No. 17) (the "Motion") for Summary Judgment for Third-Party Defendants Mark A. Reser, Patricia J. Reser, and Paul A. Leavy ("Leavy;" Mark A. Reser, Patricia J. Reser and Leavy collectively, "Movants").

2.    Reser's Fine Foods, Inc. ("Reser's") commenced this action on September 20, 2016 with the filing of a complaint (Docket No. 1) (the "Complaint") against Schmieding and C & E Farms, Inc.

3.    Schmieding joined this action on September 30, 2016 with the filing of its Answer, Counter-Claims, Cross-Claims and Third Party Complaint (Docket No. 6) (the "Answer").



**EXHIBIT**

1

4. The Answer included third-party causes of action against Movants on the grounds that they have personal liability to Schmieding for failure to direct Reser's to make prompt payment of trust funds in the amount of $276,519.87 owed to Schmieding under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, et seq. ("PACA").

5. Schmieding also contends in the Answer that PACA and its invoices entitle Schmieding to recover accrued interest, attorneys' fees and costs from Movants and Reser's.

6. On November 2, 2016, Movants filed the Motion which contends, in relevant part, that they are entitled to judgment dismissing the claims against them on the ground that "Reser's currently has freely available liquid assets in an amount sufficient to satisfy the $276,519.87 claimed by Schmieding, together with any reasonable amount of attorneys' fees, interests and costs which might be awarded against Reser's in this action." Affidavit of Paul A. Leavy (Docket No. 17-1) ("Leavy Affidavit") ¶ 8.

7. Movants also contend that Reser's has had such assets freely available since November, 2015 and that it has made arrangements to maintain such assets freely available "until such time as a complete and final resolution is reached for all claims made in this lawsuit." Leavy Affidaivt ¶¶ 9 and 10.

8. The Motion was supported by a single piece of evidence: the Leavy Affidavit. Movants did not submit any documentary evidence with the Motion.

9. Prior to the filing of the Motion none of the Movants had filed an answer to Schmieding's third-party claims against them, no scheduling order or case management plan had been entered in the case and Schmieding was unable to obtain any discovery from any party, but especially Movants, concerning any portion of the allegations in the Complaint, Answer or Motion.

10.     Without such discovery, Schmieding is unable to test the assertions in the Leavy Affidavit, including the allegations concerning Reser's liquidity, Reser's preservation of PACA trust assets and its ability to pay any judgment entered in Schmieding's favor.  As a result, Schmieding is wholly unable to present facts essential to justify its opposition on factual grounds. Notwithstanding the foregoing, Schmieding believes the Motion can and should be dismissed on legal grounds.

11.     A true and correct copy of the information contained on Schmieding's PACA license, as listed on the website of the United States Department of Agriculture, is annexed hereto as Exhibit A.

12.     A true and correct copy of the information contained on Reser's PACA license, as listed on the website of the United States Department of Agriculture, is annexed hereto as Exhibit B.

13.     A true and correct copy of the business entity data for Reser's, as listed on the website for the Oregon Secretary of State, is annexed hereto as Exhibit C.

14.     True and correct copies of Schmieding's unpaid invoices to Reser's are annexed hereto as Exhibit D.

15.     A true and correct copy of the February 19, 2016 agreement between Reser's and Schmieding is annexed hereto as Exhibit E.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on November 22, 2016

_____

**GREGORY BROWN**

# EXHIBIT A



**USDA** Agricultural
Marketing
Service

## Fruit and Vegetable Programs
## Search PACA

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 20150597 | 4/9/2015 | 4/9/2016 | Active |

**Business Name**
SCHMIEDING PRODUCE COMPANY LLC

| Business Address | City | State | Zip |
|---|---|---|---|
| 2330 N THOMPSON ST | SPRINGDALE | AR | 72764 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
| WWW.SCHMIEDING.COM | NELVA@SCHMIEDING.COM | 479 751-4517 | 479 751-6831 |

| | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| | P O BOX 369 | SPRINGDALE | AR | 727650369 |

---

**Reported Principal**
**(Last Name, First Name)**

WOERNER, LESTER J
WOERNER FAMILY LTD PARTNERSHIP LESTER J,
MILLER, KATHY ANN
WOERNER MANAGEMENT INC,

**Trade Names**   None

---

**Branch Name** , **Branch City** , **Branch State**

SCHMIEDING PRODUCE. E PALATKA, FL

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:
1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov
To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contact us at:
1 (800) 495-7222, then Option #2
To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov
To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov
To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov

# EXHIBIT B



**Agricultural Marketing Service**

## Fruit and Vegetable Programs
## Search PACA

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 19750805 | 12/6/1974 | 12/6/2016 | Active |

**Business Name**
RESER'S FINE FOODS INC

| **Business Address** | | **City** | **State** | **Zip** |
|---|---|---|---|---|
| 11150 S W ALLEN BLVD | | BEAVERTON | OR | 970754819 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| WWW.RESERS.COM | COMPLIANCE@RESERS.COM | 503 643-6431 | 503 526-5735 |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| | P O BOX 8 | BEAVERTON | OR | 970750008 |

---

**Reported Principal**
**(Last Name, First Name)**

LEAVY, PAUL
RESER, PATRICIA
RESER, MARK

**Trade Names**

MRS GILES COUNTRY KITCHENS
STONEMILL FOODS
SIDARIS ITALIAN FOODS
LYNN WILSON FOODS
FRESH CREATIVE FOODS INC

---

**Branch Name , Branch City , Branch State**

RESER'S FINE FOODS INC. PASCO, WA
FRESH CREATIVE FOODS INC. VISTA, CA
RESER'S FINE FOODS INC. TOPEKA (3), KS
SIDARIS ITALIAN FOODS. CLEVELAND (2), OH
RESERS FINE FOODS INC. HALIFAX, NC
LYNN WILSON FOODS. SALT LAKE CITY, UT

---

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:
1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov
To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:
1 (800) 495-7222, then Option #2
To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov
To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov
To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:
1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov

# EXHIBIT C

3/28/2016                                    Business Registry Business Name Search



OREGON SECRETARY OF STATE
► **Corporation Division**

HOME

business information center | **business name search** | oregon business guide

referral list     business registry/renewal    forms/fees    notary public

uniform commercial code     uniform commercial code search     documents & data services

## Business Name Search

| New Search | Printer Friendly | | Business Entity Data | | | 03-28-2016 12:38 |
|---|---|---|---|---|---|---|

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 062137-14 | DBC | ACT | OREGON | 05-14-1959 | 05-14-2016 | YES |
| **Entity Name** | RESER'S FINE FOODS, INC. | | | | | |
| **Foreign Name** | | | | | | |

## Online Renewal:

Renew Online

Click here to generate and print an annual report.

| New Search | Printer Friendly | Associated Names | | |
|---|---|---|---|---|
| **Type** | PPB | PRINCIPAL PLACE OF BUSINESS | | |
| **Addr 1** | 15570 SW JENKINS RD | | | |
| **Addr 2** | | | | |
| **CSZ** | BEAVERTON OR 97006 | | **Country** | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| **Type** | AGT | REGISTERED AGENT | **Start Date** | 02-09-1996 | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Name** | PAUL | | LEAVY | | | |
| **Addr 1** | 15570 SW JENKINS ROAD | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | BEAVERTON OR 97006 | | | **Country** | UNITED STATES OF AMERICA | |

| **Type** | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| **Addr 1** | COMPLIANCE DEPARTMENT | | | |
| **Addr 2** | PO BOX 8 | | | |
| **CSZ** | BEAVERTON OR 97075 | | **Country** | UNITED STATES OF AMERICA |

3/28/2016                                        Business Registry Business Name Search

| Type | PRE PRESIDENT | | | | Resign Date | |
|------|------|------|------|------|------|------|
| Name | MARK | | RESER | | | |
| Addr 1 | C/O PAUL LEAVY | | | | | |
| Addr 2 | PO BOX 8 | | | | | |
| CSZ | BEAVERTON | OR | 97075 | | Country | UNITED STATES OF AMERICA |

| Type | SEC SECRETARY | | | | Resign Date | |
|------|------|------|------|------|------|------|
| Name | PATRICA | | RESER | | | |
| Addr 1 | 15570 SW JENKINS ROAD | | | | | |
| Addr 2 | | | | | | |
| CSZ | BEAVERTON | OR | 97006 | | Country | UNITED STATES OF AMERICA |

| New Search   Printer Friendly | Name History | | | | |
|------|------|------|------|------|------|
| Business Entity Name | | Name Type | Name Status | Start Date | End Date |
| RESER'S FINE FOODS, INC. | | EN | CUR | 05-14-1959 | |

Please read before ordering Copies.

| New Search   Printer Friendly | | Summary History | | | | | |
|------|------|------|------|------|------|------|------|
| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
| | AMENDED ANNUAL REPORT | 04-03-2015 | | FI | | |
| | AMENDED ANNUAL REPORT | 04-03-2014 | | FI | | |
| | AMENDED ANNUAL REPORT | 04-08-2013 | | FI | | |
| | AMENDED ANNUAL REPORT | 03-29-2012 | | FI | | |
| | RESTATED ARTICLES | 09-07-2011 | | FI | | |
| | ANNUAL REPORT PAYMENT | 05-03-2011 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 04-02-2010 | 04-01-2010 | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-07-2009 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 04-08-2008 | 04-07-2008 | SYS | | |
| | AMNDMT TO ANNUAL RPT/INFO | 04-03-2007 | | FI | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| STATEMENT | | | | | | |
| ANNUAL REPORT PAYMENT | 03-29-2007 | 03-28-2007 | SYS | | | |
| ANNUAL REPORT PAYMENT | 04-06-2006 | 04-05-2006 | SYS | | | |
| ANNUAL REPORT PAYMENT | 05-05-2005 | | SYS | | | |
| ANNUAL REPORT PAYMENT | 05-17-2004 | | SYS | | | |
| ANNUAL REPORT PAYMENT | 05-07-2003 | | SYS | | | |
| ANNUAL REPORT | 05-13-2002 | | FI | | | |
| ANNUAL REPORT PAYMENT | 05-16-2001 | | SYS | | | |
| STRAIGHT RENEWAL | 05-16-2000 | | FI | | | |
| CHANGED RENEWAL | 05-03-1999 | | FI | | | |
| STRAIGHT RENEWAL | 04-23-1999 | | FI | | | |
| STRAIGHT RENEWAL | 04-30-1998 | | FI | | | |
| STRAIGHT RENEWAL | 05-07-1997 | | FI | | | |
| STRAIGHT RENEWAL | 04-29-1996 | | FI | | | |
| AGENT/AUTH REP CHNG | 02-09-1996 | | FI | | | |
| STRAIGHT RENEWAL | 04-28-1995 | | FI | | | |
| STRAIGHT RENEWAL | 04-21-1994 | | FI | | | |
| AMENDED RENEWAL | 04-20-1993 | | FI | | | |
| STRAIGHT RENEWAL | 04-10-1992 | | FI | | | |
| STRAIGHT RENEWAL | 04-15-1991 | | FI | | | |
| AMENDED RENEWAL | 04-17-1990 | | FI | | | |
| AGENT/AUTH REP CHNG | 12-27-1989 | | FI | | | |
| NB AMENDMENT | 12-27-1989 | | FI | | | |
| AMENDED RENEWAL | 04-17-1989 | | FI | | | |
| ASSOCIATED NAME CHNG | 04-17-1989 | | FI | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | AMENDED RENEWAL | 04-26-1988 | | FI | | |
| | MERGER | 11-18-1987 | | FI | | |
| | STRAIGHT RENEWAL | 04-06-1987 | | FI | | |
| | AMENDED RENEWAL | 04-07-1986 | | FI | | |
| | AGENT/AUTH REP CHNG | 04-17-1985 | | FI | | |
| | STRAIGHT RENEWAL | 04-09-1985 | | FI | | |
| | IMAGE AMENDMENT | 10-19-1961 | | FI | | |
| | IMAGE AMENDMENT | 01-03-1961 | | FI | | |
| | IMAGE RESTATED ARTICLES | 12-08-1960 | | FI | | |
| | IMAGE AMENDMENT | 11-18-1960 | | FI | | |
| | IMAGE NEW | 05-14-1959 | | FI | | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us

© 2016  Oregon Secretary of State.   All Rights Reserved.

# EXHIBIT D

4/29/2016                                        Invoice: 136061

Remit to:
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**



**Schmieding**
PRODUCE
## Invoice 136061

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 02/21/2016 | Due Upon Receipt | 855486 | 02/22/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 404.40 | Celery Bulk 24's US #1 blk | 30.00 | 12,132.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $12,132.00 |
| Total Invoice | $12,132.00 |
| Paid/Applied | $0.00 |
| Balance Inv | $12,132.00 |

Customer Original

SCHMIEDING000008

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
**Invoice 136017**

*Bill To:*
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

*Ship To:*
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 02/16/2016 | PACA Terms | 854303 | 02/18/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 406.20 | Celery Bulk 24's US #1 blk | 30.00 | 12,186.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $12,186.00 |
| Total Invoice | $12,186.00 |
| Paid/Applied | $0.00 |
| Balance Inv | $12,186.00 |

Customer Original

SCHMIEDING000011

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
## Invoice 135889

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 02/12/2016 | PACA Terms | 854302 | 02/16/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 381.00 | Celery Bulk 24's US #1 blk | 30.00 | 11,430.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $11,430.00 |
| Total Invoice | $11,430.00 |
| Paid/Applied | $0.00 |
| Balance Inv | $11,430.00 |

Customer Original

SCHMIEDING000014

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
**Invoice 135880**

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 02/10/2016 | PACA Terms | 853415 | 02/11/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 398.20 | Celery Bulk 24's US #1 blk | 30.00 | 11,946.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $11,946.00 |
| Total Invoice | $11,946.00 |
| Paid/Applied | $0.00 |
| Balance Inv | $11,946.00 |

Customer Original

SCHMIEDING000017

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
**Invoice 135739**

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 02/08/2016 | PACA Terms | 853414 | 02/08/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 371.00 | Celery Bulk 24's US #1 blk | 30.00 | 11,130.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $11,130.00 |
| Total Invoice | $11,130.00 |
| Paid/Applied | $0.00 |
| Balance Inv | $11,130.00 |

Customer Original

SCHMIEDING000020

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
**PRODUCE**
# Invoice 135738

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|----------|-------|----------------------|----------|
| 02/03/2016 | PACA Terms | 852412 | 02/04/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---------------|--------------|-------------|--------|
| 384.20 | Celery Bulk 24's US #1 blk | 30.00 | 11,526.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $11,526.00 |
| Total Invoice | $11,526.00 |
| Paid/Applied | $0.00 |
| Balance Inv | $11,526.00 |

Customer Original

SCHMIEDING000023

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
**Invoice 135603**

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|----------|-------|----------------------|----------|
| 01/28/2016 | PACA Terms | 851552 | 01/29/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---------------|--------------|-------------|--------|
| 390.40 | Celery Bulk 24's US #1 blk | 26.50 | 10,345.60 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,345.60 |
| Total Invoice | $10,345.60 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,345.60 |

Customer Original

SCHMIEDING000026

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
## Invoice 135429

*Bill To:*
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

*Ship To:*
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 01/21/2016 | PACA Terms | 850844 | 01/22/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 383.00 | Celery Bulk 24's US #1 blk | 26.50 | 10,149.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,149.50 |
| Total Invoice | $10,149.50 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,149.50 |

Customer Original

SCHMIEDING000029

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
**Invoice 134921**

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 12/31/2015 | Due Upon Receipt | 847577 | 01/04/2016 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 399.00 | Celery Bulk 24's US #1 blk | 26.50 | 10,573.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,573.50 |
| Total Invoice | $10,573.50 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,573.50 |

Customer Original

SCHMIEDING000032

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
# Invoice 134777

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 12/22/2015 | Due Upon Receipt | 846442 | 12/22/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 408.10 | Celery Bulk 24's US #1 blk | 26.50 | 10,814.65 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,814.65 |
| Total Invoice | $10,814.65 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,814.65 |

Customer Original

SCHMIEDING000035

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
## Invoice 134637-P

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 12/17/2015 | Due Upon Receipt | 845870 | 12/19/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 399.20 | Celery Bulk 24's US #1 blk | 26.50 | 10,578.80 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,578.80 |
| Total Invoice | $10,578.80 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,578.80 |

Customer Original

SCHMIEDING000038

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**



**Schmieding**
PRODUCE
# Invoice 134382

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
SALAD PLANT
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 12/08/2015 | Due Upon Receipt | 844351 | 12/11/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 420.75 | Celery Bulk 24's US #1 blk | 26.50 | 11,149.88 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $11,149.88 |
| Total Invoice | $11,149.88 |
| Paid/Applied | $0.00 |
| Balance Inv | $11,149.88 |

Customer Original

SCHMIEDING000041

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
**Invoice 134128**

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
SALAD PLANT
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 12/01/2015 | Due Upon Receipt | 842523 | 12/03/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 404.70 | Celery Bulk . US #1 blk | 26.50 | 10,724.55 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,724.55 |
| Total Invoice | $10,724.55 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,724.55 |

Customer Original

SCHMIEDING000044

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**



**Schmieding**
PRODUCE
# Invoice 133927

*Bill To:*
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

*Ship To:*
Topeka Kansas/Salad
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/27/2015 | Due Upon Receipt | 842522 | 11/30/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 403.85 | Celery Bulk 24's US #1 blk | 26.50 | 10,702.03 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,702.03 |
| Total Invoice | $10,702.03 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,702.03 |

Customer Original

SCHMIEDING000047

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
# Invoice 133587

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Topeka Kansas/Salad
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/19/2015 | Due Upon Receipt | 841472 | 11/23/2015 |

| Delivered Qty | | Description: | Unit Price: | Amount |
|---|---|---|---|---|
| | 388.55 | Celery Bulk 24's US #1 blk | 26.50 | 10,296.58 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,296.58 |
| Total Invoice | $10,296.58 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,296.58 |

Customer Original

SCHMIEDING000050

**Remit to:**
**H C SCHMIEDING PRODUCE CO LLC**
**Department 2865**
**Tulsa, OK 74182**

**Schmieding**
PRODUCE
# Invoice 133585

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Topeka Kansas/Salad
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/18/2015 | Due Upon Receipt | 840148 | 11/19/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 413.40 | Celery Bulk 24's US #1 blk | 26.50 | 10,955.10 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,955.10 |
| Total Invoice | $10,955.10 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,955.10 |

Customer Original

SCHMIEDING000053



# Invoice 133584

**Schmieding Produce**
**Department 2865**
**Tulsa, OK 74182**

*Bill To:*
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

*Ship To:*
RESER'S FINE FOODS INC
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/12/2015 | Due Upon Receipt | 840147 | 11/16/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 405.90 | Celery Bulk 24's US #1 blk | 26.50 | 10,756.35 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,756.35 |
| Total Invoice | $10,756.35 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,756.35 |

Customer Original

SCHMIEDING000056



# Invoice 133505

**Schmieding Produce**
**Department 2865**
**Tulsa, OK 74182**

*Bill To:*
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

*Ship To:*
RESER'S FINE FOODS INC
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/07/2015 | Due Upon Receipt | 838903 | 11/11/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 407.80 | Celery Bulk . US #1 | 38.00 | 15,496.40 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $15,496.40 |
| Total Invoice | $15,496.40 |
| Paid/Applied | $0.00 |
| Balance Inv | $15,496.40 |

Customer Original

SCHMIEDING000059

4/29/2016                                    Invoice: 133495

Remit to:
H C SCHMIEDING PRODUCE CO LLC
Department 2865
Tulsa, OK 74182



**Schmieding**
PRODUCE
**Invoice 133495**

*Bill To:*
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

*Ship To:*
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/06/2015 | Due Upon Receipt | 838902 | 11/09/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 408.30 | Celery Bulk 24's US #1 | 26.50 | 10,819.95 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,819.95 |
| Total Invoice | $10,819.95 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,819.95 |

Customer Original

SCHMIEDING000062

4/29/2016                                    Invoice: 133184

**Remit to:**
H C SCHMIEDING PRODUCE CO LLC
Department 2865
Tulsa, OK 74182



**Schmieding**
PRODUCE
Invoice 133184

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 11/02/2015 | Due Upon Receipt | 837608 | 11/04/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 411.20 | Celery Bulk . US #1 blk | 26.50 | 10,896.80 |

- EXAMPLE INVOICE COMMENTS

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| NonTaxable SubTotal | $10,896.80 |
|---|---|
| Total Invoice | $10,896.80 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,896.80 |

Customer Original

SCHMIEDING000064

4/29/2016 Invoice: 132002

Remit to:
H C SCHMIEDING PRODUCE CO LLC
Department 2865
Tulsa, OK 74182



**Schmieding**
PRODUCE

## Invoice 132002

**Bill To:**
RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON, OR 97075-0008

**Ship To:**
Reser's Salad Plant
3167 SE 10TH STREET
TOPEKA, KS 66607

| Inv Date | Terms | Purchase Order Number | Del Date |
|---|---|---|---|
| 10/30/2015 | Due Upon Receipt | 837607 | 11/02/2015 |

| Delivered Qty | Description: | Unit Price: | Amount |
|---|---|---|---|
| 401.40 | Celery Bulk 24's US #1 blk | 26.50 | 10,637.10 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney fees necessary to collect any balance due herunder shall be considered sums owing in connection with this transaction under PACA trust."

| | |
|---|---|
| NonTaxable SubTotal | $10,637.10 |
| Total Invoice | $10,637.10 |
| Paid/Applied | $0.00 |
| Balance Inv | $10,637.10 |

Customer Original

SCHMIEDING000066

H. C. Schmieding Produce Co. LLC
PO BOX 369
SPRINGDALE AR 72765-0369

# INVOICE

**Invoice #:** 132001
**Invoice:** Nov 10, 2015
**Ship:** Oct 26, 2015
**Pay Terms:** PACA Terms 10 I

**Sold To:** RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON OR 97075-0008

**Ship To:** RESER'S FINE FOODS INC
SALAD PLANT
3167 SE 10TH STREET
TOPEKA KS 66607

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Gary Owens | **Carrier:** Green Globe Inc |
| **Order:** Oct 26, 2015 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** 836383 | **Currency:** USD | **Broker:** Larry Chapman |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Bulk Celery US #1 24's USA-CA | 398.2 | cwt | 26.50 | 10,552.30 |
| INVOICE TOTAL: | 398.2 | | | 10,552.30 |

**PLEASE REMIT TO:**
**H C SCHMIEDING PRODUCE CO LLC**
**DEPT 2865**
**TULSA, OK 74182**

All applicable provisions of the Fair Labor Standards Act of 1938, as amended, have been complied with. Our terms are regular PACA terms as per 7 CFR ss 46.2 (aa) (5). The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with the transaction under the PACA trust.

H. C. Schmieding Produce Co. LLC
PO BOX 369
SPRINGDALE AR 72765-0369

# INVOICE

**Invoice #:** 131579
**Invoice:** Oct 28, 2015
**Ship:** Oct 23, 2015
**Pay Terms:** PACA Terms 10 l

**Sold To:** RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON OR 97075-0008

**Ship To:** RESER'S FINE FOODS INC
SALAD PLANT
3167 SE 10TH STREET
TOPEKA KS 66607

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Gary Owens | Carrier: Green Globe Inc | |
|---|---|---|---|
| Order: Oct 23, 2015 | Via: | Trailer lic: | St: |
| Cust PO: 836382 | Currency: USD | Broker: Larry Chapman | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Bulk Celery US #1 24's USA-CA | 368.6 | cwt | 26.50 | 9,767.90 |
| INVOICE TOTAL: | 368.6 | | | 9,767.90 |

**PLEASE REMIT TO:**
**H C SCHMIEDING PRODUCE CO LLC**
**DEPT 2865**
**TULSA, OK 74182**

All applicable provisions of the Fair Labor Standards Act of 1938, as amended, have been complied with. Our terms are regular PACA terms as per 7 CFR ss 46.2 (aa) (5). The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with the transaction under the PACA trust.

SCHMIEDING000072

H. C. Schmieding Produce Co. LLC
PO BOX 369
SPRINGDALE AR 72765-0369

# INVOICE

**Invoice #:** 131578
**Invoice:** Oct 27, 2015
**Ship:** Oct 20, 2015
**Pay Terms:** PACA Terms 10

Sold To: RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON OR 97075-0008

Ship To: RESER'S FINE FOODS INC
SALAD PLANT
3167 SE 10TH STREET
TOPEKA KS 66607

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Gary Owens | Carrier: Green Globe Inc | |
|---|---|---|---|
| Order: Oct 20, 2015 | Via: | Trailer lic: | St: |
| Cust PO: 835170 | Currency: USD | Broker: Larry Chapman | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Bulk Celery US #1 24's USA-CA | 404.8 | cwt | 26.50 | 10,727.20 |
| INVOICE TOTAL: | 404.8 | | | 10,727.20 |

PLEASE **REMIT** TO:
H C SCHMIEDING PRODUCE CO LLC
DEPT 2865
TULSA, OK 74182

All applicable provisions of the Fair Labor Standards Act of 1938, as amended, have been complied with. Our terms are regular PACA terms as per 7 CFR ss 46.2 (aa) (5). The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with the transaction under the PACA trust.

SCHMIEDING000075

H. C. Schmieding Produce Co. LLC
PO BOX 369
SPRINGDALE AR 72765-0369

# INVOICE

**Invoice #:** 131577
**Invoice:** Oct 27, 2015
**Ship:** Oct 12, 2015
**Pay Terms:** PACA Terms 10

**Sold To:** RESER'S FINE FOODS INC
PO BOX 8
BEAVERTON OR 97075-0008

**Ship To:** RESER'S FINE FOODS INC
SALAD PLANT
3167 SE 10TH STREET
TOPEKA KS 66607

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Gary Owens | Carrier: Green Globe Inc | |
|---|---|---|---|
| Order: Oct 12, 2015 | Via: | Trailer lic: | St: |
| Cust PO: 835168 | Currency: USD | Broker: Larry Chapman | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Bulk Celery US #1 24's USA-CA | 398.8 | cwt | 26.50 | 10,568.20 |
| INVOICE TOTAL: | 398.8 | | | 10,568.20 |

PLEASE **REMIT** TO:
H C SCHMIEDING PRODUCE CO LLC
DEPT 2865
TULSA, OK 74182

All applicable provisions of the Fair Labor Standards Act of 1938, as amended, have been complied with. Our terms are regular PACA terms as per 7 CFR ss 46.2 (aa) (5). The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with the transaction under the PACA trust.

SCHMIEDING000079

# EXHIBIT E

Phone:
479/751-4517
479/751-4602

# H. C. SCHMIEDING PRODUCE COMPANY, INC.
P. O. Box 369
Springdale, Arkansas 72765
## CONTRACT OF SALE

Date: ___2/03/15___                                NO. ___A1505___

To _____RESER'S FINE FOODS INC._____
_____3167 SE. 10TH STREET_____
_____TOPEKA KS 66607_____

Buyer and Seller enter into this agreement for sale of the following:

Quantity _____NINETY ONE (91) TRUCKLOADS (T/L)_____

_____APPROXIMATELY 42,000#'S  EACH_____

Product _____CELERY_____

Quality _____U.S. #1, STAPLE LESS CARTONS OR BULK BINS_____

Price _____SEE ATTACHED SCHEDULE_____

Shipment _____FEBRUARY 2015 THROUGH JANUARY 31, 2016_____

Special Terms _____SEE REVERSE SIDE FOR TERMS_____
_____MOST LOADS WILL BE IN BINS. CALIFORNIA DELIVERED PRICE_____
_____IS BASED ON A $10.00 PER HUNDREDWEIGHT COST FOR FREIGHT_____
_____AND PALLETS. IF THIS CHARGE INCREASES IT WILL BE DISCUSSED_____
_____WITH DEAN BOWHAY PRIOR TO SHIPPING._____

The above prices, specifications and conditions are satisfactory and are hereby accepted, subject to the terms and conditions specified on the front and reverse sides of this contract, which conditions are hereby agreed. In acceptance, Buyer, being in full agreement with the terms and conditions of this contract, shall sign the two enclosed confirmation forms and send both copies to the Seller at P.O. Box 369, Springdale, AR 72765. Upon receipt, Seller will sign both forms and return one copy to Buyer. If this confirmation is not signed and returned within 10 days from receipt, this agreement shall be null and void. See reverse side for additional terms and conditions.

Seller: H.C. SCHMIEDING PRODUCE CO. INC.   Buyer: RESER'S FINE FOODS INC.

By: _____      By: _____   2/17/15
      GARY L. OWENS                              DEAN BOWHAY

1. In the event of fire, strikes, wars, declarations of national emergency, Acts of God, or events beyond the control of Seller to prevent Seller from performance in full or in part of the terms of this Agreement, it is agreed that such failure to perform shall be excused and shall not form the basis for any claim of damage or breach of contract.

2. It is understood and agreed that in the event the crop or crops of celery being grown and/or contracted for by Seller and from which Seller is to supply Buyer under this Agreement, hereafter "contract celery," does not produce sufficient quantity of celery to fulfill terms of his written Agreement, Seller shall then prorate such supplies as he has available to him from the contract celery among his contract customers and Buyer shall receive his pro rata share thereof, which will fully discharge Seller's obligation under this agreement.

3. Scheduled and/or requested shipping dates indicated are subject to available transportation.

4. It is agreed that payment will be normal PACA terms, from the date of the arrival, on contract and open market loads. After that time the Seller will actively seek to preserve Seller's rights and benefits under the Trust Provisions of the P.A.C.A. If collection actions becomes necessary, interest, court costs and attorney fees will be paid by the Buyer.

5. Buyer and Seller agree that no other terms, representations or warranties have been made by either party regarding this contract except what are contained herein. No waiver or modification of the conditions of this contract shall be valid unless made in writing and signed by the parties.

6. This contract shall have been deemed to have been made in Washington County, Arkansas and shall be governed by Arkansas laws.

SCHMIEDING000005

2015 Celery Contract Schedule

| Shipment Month | Loads Per Month | Origin | Delivered Price Per Cwt |
|---|---|---|---|
| February 2015 | 6 | CA | $26.50 |
| March 2015 | 9 | CA | $26.50 |
| April 2015 | 9 | CA | $26.50 |
| May 2015 | 7 | CA | $26.50 |
| June 2015 | 10 | CA | $26.50 |
| July 2015 | 7 | CA | $26.50 |
|  | 2 | MI | $22.50 |
| August 2015 | 4 | CA | $26.50 |
|  | 5 | MI | $22.50 |
| September 2015 | 4 | CA | $26.50 |
|  | 4 | MI | $22.50 |
| October 2015 | 4 | CA | $26.50 |
|  | 2 | MI | $22.50 |
| November 2015 | 6 | CA | $26.50 |
| December 2015 | 6 | CA | $26.50 |
| January 2016 | 6 | CA | $26.50 |
|  | 91 |  |  |

H. C. Schmieding Produce Co., Inc.

Gary L. Owens

Reser's Fine Foods Inc.

Dean Bowhay