UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

RESER'S FINE FOODS, INC.,

        Plaintiff,

    v.

H.C. SCHMIEDING PRODUCE CO., LLC,
*et al.*,

        Defendants.

Case No. 5:16-cv-4150-SAC-KGS

## NOTICE OF SERVICE OF AMENDED THIRD-PARTY COMPLAINT ON SUNTERRA PRODUCE TRADERS, INC.

The Defendant H.C. Schmeidling Producing Co., LLC hereby notifies the Court that on

April 17, 2017, a copy of the First Amended Answer, Counter-Claims, Cross-Claims and Third-

Party Complaint (Document 62) was mailed via certified mail return receipt requested to Sunterra

Produce Traders, Inc. c/o Stephen E. Brazeel, President as evidenced on the attached return receipt.



 /s/ Ryan M. Peck
MORRIS, LAING, EVANS, BROCK
& KENNEDY, CHARTERED
Ryan M. Peck, KS Bar No. 21223
300 North Mead, Suite 200
Wichita, Kansas 67202
Tel: (316) 262-2671
Fax: (316) 262-6226
rpeck@morrislaing.com

and

McCARRON & DIESS
Gregory Brown, NY Bar No. 4366498
707 Walt Whitman Road, Second Floor
Melville, New York 11747
Tel: (631) 425-8110
Fax: (631) 425-8112
gbrown@mccarronlaw.com
*Pro Hac Vice*

*Attorneys for H.C. Schmieding Produce Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017 I electronically filed the foregoing **Notice of Service of Amended Third-Party Complaint on Sunterra Produce Traders, Inc.** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:

Arthur E. Palmer
Cynthia J. Sheppeard
Goodell, Stratton, Edmonds & Palmer, LLP
515 South Kansas Avenue
Topeka, Kansas 66603
apalmer@gseplaw.com
csheppeard@gseplaw.com

John F. Cooney
Danna McKitrick, PC
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105
jcooney@dmfirm.com

Paul D. Cowing
Cowing & Mendelson, PC
4951 Northeast Good View Circle, Suite B
Lee's Summit, Missouri 64064
pcowing@sbcglobal.net

 /s/ Ryan M. Peck
Ryan M. Peck